# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTWAIN VONTELL MAYE, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:12-cv-2712-RDP-TMP |
| COMMISSIONER KIM THOMAS, et al., | } |
| Defendants. | } |

## MEMORANDUM OPINION

On November 8, 2013, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. #17). Plaintiff filed his objections on November 22, 2013. (Doc. #18).

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections, the court hereby **ADOPTS** the report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action be dismissed as failing to state a claim upon which relief may be granted pursuant to 28 U.S.C § 1915A(b)(1) and/or (2).

A separate order in accordance with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** on December 6, 2013.

_R. David Proctor (signature)_
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE